IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

| | | |
|---|---|---|
| GAYATHRI MURTHY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:11-cv-00105-KPE |
| | § | |
| ABBOTT LABORATORIES, | § | |
| Defendant. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

1. Counsel of Record for the Plaintiff certifies the following is a complete list of all parties in this action:

   a. Plaintiff Gayathri Murthy; and

   b. Defendant Abbott Laboratories.

2. The undersigned further certifies the following is a complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   a. n/a

3. The undersigned further certifies the following is a complete list of all persons serving as attorneys for the parties in this proceeding:

a. <u>Counsel for Plaintiff:</u>
Arnold A. Vickery
Fred H. Shepherd
VICKERY, WALDNER & MALLIA, LLP
One Riverway, Suite 1150
Houston, TX  77056-1920

b. <u>Counsel for Defendant:</u>
John Donley, Esq.
Renee D Smith, Esq.
Andrew Bautista, Esq.
KIRKLAND & ELLIS, LLP
300 North LaSalle Street
Chicago IL  60654

        Respectfully submitted,

        VICKERY, WALDNER & MALLIA, LLP

        <u>*/s/ Arnold Anderson (Andy) Vickery*</u>
        Arnold Anderson (Andy) Vickery
        Texas Bar No. 20571800
        Fred H. Shepherd
        Texas Bar No. 24033056
        One Riverway, Suite 1150
        Houston, TX  77056-1920
        Telephone: 713-526-1100
        Facsimile: 713-523-5939
        Email: andy@justiceseekers.com
        Email: fred@justiceseekers.com

<u>Certificate of Service</u>

Once Abbott has answered, the CM/ECF system will effectuate service. However, a courtesy copy of this Certificate of Interested Parties has been provided to the following counsel:

-3-

John Donley, Esq.
Renee D Smith, Esq.
Andrew Bautista, Esq.
KIRKLAND & ELLIS, LLP
300 North LaSalle Street
Chicago IL  60654

*/s/ Arnold Anderson (Andy) Vickery*
Arnold Anderson (Andy) Vickery