IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

| | | |
|---|---|---|
| GAYATHRI MURTHY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:11-cv-00105-KPE |
| | § | |
| ABBOTT LABORATORIES, | § | |
| Defendant. | § | |

## ORDER

On this date came to be heard Plaintiff's Motion for Leave to File Late Pleading in the above captioned matter. Having considered the Motion, any responses on file, and arguments of counsel, the Court finds that the Motion should be GRANTED. It is therefore,

ORDERED that Plaintiff's Motion for Leave to File Late Pleading is GRANTED and the clerk is directed to accept and file Exhibit A thereto, Plaintiff's Supplemental Memorandum In Support of Response to Motion to Dismiss, and add it to the Court's file. It is further,

ORDERED that should Defendant desire to file a Response to Plaintiff's supplemental briefing, it will do so by September 9, 2011.

SIGNED this ___1st___ day of _September_, 2011.

Keith P. Ellison
United States District Judge