**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| GAYATHRI MURTHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 4:11-cv-00105-KPE |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| ABBOTT LABORATORIES, | ) |
| | ) |
| Defendant. | ) |

**APPENDIX IN SUPPORT OF RESPONSE TO
PLAINTIFF'S SUPPLEMENTAL MEMORANDUM**

Abbott Laboratories files this appendix of supporting evidence ("Appendix").   The Appendix is field contemporaneously with and in support of Defendant's Response to Plaintiff's Supplemental Memorandum In Support of Response to Motion to Dismiss.   The Appendix contains the authorities listed below and attached hereto.

*Gonzales v. Estes, Inc.*,
   No. SA-10-CA-0038-XR, 2010 WL 610778 (W.D. Tex. Feb. 19, 2010) .............. App. Tab 1

*Harris v. New Werner Holding Co., Inc.*,
   No. 3:08-CV-1750-L, 2009 WL 1211409 (N.D. Tex. May 1, 2009) .................... App. Tab 2

*In re Aredia and Zometa Prods. Liab. Litig.*,
   No. 3:06-MD-1760, 2008 WL 2944910 (M.D. Tenn. July 25, 2008) ....................App. Tab 3

*Thurston v. Merck and Co. Inc.*,
   415 F. App'x 585 (5th Cir. Mar. 9, 2011) .............................................................App. Tab 4

DATED:  September 9, 2011

Respectfully submitted,

_____/s/ *Michael P. Foradas*_____

Michael P. Foradas, *Attorney-in-charge*

| | |
|---|---|
| John Henderson | Renee D. Smith |
| Bryan Pollard | Andrew P. Bautista |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | KIRKLAND & ELLIS LLP |
| Bank of America Plaza | 300 N. LaSalle Street |
| 901 Main Street, Suite 4800 | Chicago, IL 60654 |
| Dallas, TX 75202 | Telephone: (312) 862-2000 |
| Telephone: (214) 698-8005 | Facsimile: (312) 862-2200 |
| Fax: (214) 698-8000 | mforadas@kirkland.com |
| john.henderson@wilsonelser.com | rdsmith@kirkland.com |
| bryan.pollard@wilsonelser.com | abautista@kirkland.com |

*Of Counsel for Defendant*                  *Attorneys for Defendant*
*Abbott Laboratories*                        *Abbott Laboratories*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2011, I electronically filed the foregoing document and the accompanying motion with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who are known "Filing Users":

> Arnold Anderson (Andy) Vickery
> Fred H. Shepherd
> VICKERY, WALDNER & MALLIA, LLP
> 1330 Post Oak Blvd., Suite 1800
> Houston, TX 77056-1920
> Telephone: 713-526-1100
> Facsimile: 713-523-5939

In addition, I served a copy of the foregoing document by U.S. mail at the addresses above.

_____/s/ *John R. Henderson*_____

John R. Henderson