UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GAYATHRI MURTHY,<br>　　　　　　Plaintiff<br>v.<br>ABBOTT LABORATORIES<br>　　　　　　Defendant | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 11 - 105 |

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: __10__ Days　　　　　　　Jury: __X__　Non-Jury: _____

1. NEW PARTIES shall be joined by:　　　　　　　　　April 18, 2012
   The Attorney causing the addition of new parties will
   provide copies of this Order to new parties.

2. EXPERT WITNESSES for the PLAINTIFF will be　　　May 22, 2012
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:

3. EXPERT WITNESSES for the DEFENDANT will be　　June 26, 2012
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:

4. DISCOVERY must be completed by:　　　　　　　　July 31, 2012
   Written discovery requests are not timely if they are filed
   so close to this deadline that the recipient would not be
   required under the Federal Rules of Civil Procedure to
   respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS　　September 11, 2012
   (except motions *in limine*) will be filed by:　　　　　(Due 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*　December 3, 2012
   (The Court will fill in this date)　　　　　　　　　　(Due the Monday before trial)

7.  TRIAL will begin at 9:00 a.m. December 10, 2012

_30 September 2011_     /s/ Keith P. Ellison
Date                                            Keith P. Ellison
                                                    United States District Judge

Date: September 29, 2011          /s/ Fred H. Shepherd
                                                 Fred H. Shepherd
                                                Texas Bar No. 24033056
                                                PERDUE KIDD & VICKERY
                                                1330 Post Oak Blvd., Suite 1800
                                                Houston, TX 77056-1920
                                                Telephone:  713-526-1100
                                                Facsimile:   713-523-5939
                                                Email:  andy@justiceseekers.com

                                                *Counsel for Plaintiff*

Date: September 29, 2011          /s/ Andrew P. Bautista
                                                Andrew P. Bautista
                                                Illinois Bar No. 6280952
                                                KIRKLAND & ELLIS LLP
                                                300 N. LaSalle Street
                                                Chicago, IL 60654
                                                Telephone:  (312) 862-2000
                                                Facsimile:   (312) 862-2200
                                                Email:  abautista@kirkland.com

                                                *Counsel for Defendant*