IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

| | | |
|---|---|---|
| GAYATHRI MURTHY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE #: 4:11-cv-00105-KPE |
| | § | |
| ABBOTT LABORATORIES, | § | |
| Defendant. | § | |

### PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS OF COUNSEL

There is a name change and address change for lead counsel's firm in this case. Effective July 31, 2013, counsel's new firm affiliation and address are as follows:

ARNOLD ANDERSON VICKERY, P.C.
10000 Memorial Dr., Suite 888 (77024-3412)
P. O. Box 4340
Houston, Texas 77210-4340
Telephone:  713-526-1100
Facsimile:  713-523-5939

Arnold Anderson (Andy) Vickery
Texas Bar No. 20571800
Email:  andy@justiceseekers.com

Fred H. Shepherd
Texas Bar No. 24033056
Email:  fred@justiceseekers.com

Mr. Vickery will remain as Plaintiff's lead counsel, and Mr. Shepherd will remain as co-counsel.  Jim Perdue, Jr., and the firm of PERDUE KIDD & VICKERY should be removed.

-2-

            Respectfully submitted,

            **ARNOLD ANDERSON VICKERY, P.C.**

            */s/ Arnold Anderson (Andy) Vickery*
            Arnold Anderson (Andy) Vickery
            Texas Bar No. 20571800
            Fred H. Shepherd
            Texas Bar No. 24033056
            10000 Memorial Dr., Suite 888
            P. O. Box 4340
            Houston, TX  77210-4340
            Telephone:  713-526-1100
            Facsimile:  713-523-5939
            Email:  andy@justiceseekers.com
            Email:  fred@justiceseekers.com

Certificate of Service

    I certify that on this 29th day of July, 2013, Plaintiff's Notice of Change of Address of Counsel has been electronically filed with the Clerk using the CM/ECF system, which will automatically send email notifications of such filing to the following attorneys of record:

    Michael P. Foradas, Esq.
    Douglas G. Smith, Esq.
    Renee D Smith, Esq.
    Andrew P. Bautista, Esq.
    KIRKLAND & ELLIS, LLP
    300 North LaSalle Street
    Chicago, IL  60654

    Michael L. Brem, Esq.
    Laura F. Jones, Esq.
    SCHIRRMEISTER DIAZ-ARRASTIA BREM, LLP
    700 Milam St., 10th Floor
    Houston, TX  77002

            */s/ Arnold Anderson (Andy) Vickery*
            Arnold Anderson (Andy) Vickery