IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GAYATHRI MURTHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 4:11-cv-00105-KPE |
| v. ) | |
| ) | Hon. Keith P. Ellison |
| ABBOTT LABORATORIES, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ADDITIONAL AUTHORITY

On September 27, 2013, the District Court for the District of Massachusetts granted defendant Abbott Laboratories' ("Abbott") motion to exclude plaintiff's "warnings" expert, Dr. Hamrell, and granted summary judgment for Abbott in *Calisi v. Abbott Laboratories*, Civil Action No. 11-10671-DJC. A copy of the court's memorandum and order is attached as Exhibit A hereto.

The expert excluded in *Calisi*, Dr. Hamrell, is the same expert plaintiff offers on warnings in this case, and Dr. Hamrell's excluded opinion in *Calisi* was identical to the opinion he offers here: that Abbott's warnings regarding lymphoma in Humira users were inadequate. The plaintiff in *Calisi* suffered from the same disease as the plaintiff in this case, lymphoma. Plaintiff was represented by the same lawyers who represent plaintiff in this case, and sued the same defendant, Abbott, for allegedly failing to warn of the risk of lymphoma in Humira users. The bases for Abbott's motions to exclude Dr. Hamrell and

00159686.DOC; 1

for summary judgment on the adequacy of warnings in *Calisi* are the same as the bases for Abbott's motions seeking the same relief in this case.

Dated: September 27, 2013　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Michael P. Foradas* (by permission by Michael L. Brem)
　　　　　　　　　　　　　　　　　　Michael P. Foradas (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　300 N. LaSalle, Suite 2400
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　Telephone: (312) 862-2000
　　　　　　　　　　　　　　　　　　Facsimile: (312) 862-2200
　　　　　　　　　　　　　　　　　　Email: mforadas@kirkland.com

　　　　　　　　　　　　　　　　　　ATTORNEY-IN-CHARGE FOR DEFENDANT
　　　　　　　　　　　　　　　　　　ABBOTT LABORATORIES

OF COUNSEL:

Renee D. Smith
Andrew P. Bautista
KIRKLAND & ELLIS LLP
300 N. LaSalle, Suite 2400
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: rdsmith@kirkland.com
Email: abautista@kirkland.com

Traci L. Shafroth
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: tshafroth@kirkland.com

Michael L. Brem
S.D. Tex. Federal I.D. No. 13175
State Bar No. 02952020
Laura Friedl Jones
S.D. Tex. Federal I.D. No. 18219
State Bar No. 00787500
SCHIRRMEISTER DIAZ-ARRASTIA BREM LLP
Pennzoil Place – North Tower
700 Milam Street, 10th Floor
Houston, Texas 77002
Telephone: (713) 221-2500
Facsimile: (713) 228-3510
Email: mbrem@sdablaw.com
Email: ljones@sdablaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2013, a true and correct copy of the foregoing was served electronically through the Court's Notice of Electronic Filing upon:

Arnold Anderson ("Andy") Vickery
Fred H. Shepherd
ARNOLD ANDERSON VICKERY, P.C.
10000 Memorial Drive, Suite 888
P.O. Box 4340
Houston, Texas 77210-4340
Telephone: (713) 526-1100
Facsimile: (713) 523-5939
Email: andy@justiceseekers.com
Email: fred@justiceseekers.com
*Attorneys for Plaintiff Gayathri Murthy*

/s/ Michael L. Brem
Michael L. Brem