IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

| | | |
|---|---|---|
| GAYATHRI MURTHY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE #:  4:11-cv-00105-KPE |
| | § | |
| ABBOTT LABORATORIES, | § | |
| Defendant. | § | |

## RESPONSE TO NOTICE OF ADDITIONAL AUTHORITY

Not surprisingly, before the ink was even dry on the opinion, Abbott filed its Notice of Additional Authority [Doc. 168] bringing the discretionary exclusionary decision of Judge Denise Casper in the *Calisi v. Abbott* case to this Court's attention.  It is true.  She struck Dr. Hamrell's warnings testimony.  Ironically, the principal First Circuit case that she cited in support of her ruling, *Milward v. Acuity Specialty Products Grp., Inc.*, 639 F.3d 11 (1st Cir. 2011) was one in which a similar discretionary decision under Rule 702 was reversed for abuse of discretion.  But, be that as it may be, Abbott won that case.  It will be appealed in due course.

There are numerous reasons why the *Calisi* decision is in error and inapposite.  We will be glad to address them in briefing or argument as the Court may desire.

Meanwhile, however, as prior pleadings point out, to the extent that this Court chooses to be guided by discretionary decisions of other courts concerning Dr. Hamrell's testimony, we cite once again to Judge Sippel's decision in the MDL case of  *In re Celexa & Lexapro Products Liab. Litig.*, MDL 1736, 2013 WL 791784 (E.D. Mo. Mar. 4, 2013) and to Judge Haddad's decision in *In Re Humira Litigation: Delores Tietz and Milton Tietz v. Abbott Laboratories*, Case No. L002715 (April 16, 2013), in the Circuit Court of Cook County, previously filed with the Court.  Both found Dr. Hamrell to be sufficiently well-qualified and similar testimony to be admissible.

-2-

Respectfully submitted,

**THE VICKERY LAW FIRM**

*/s/ Arnold Anderson (Andy) Vickery*
Arnold Anderson (Andy) Vickery
Texas Bar No. 20571800
Fred H. Shepherd
Texas Bar No. 24033056
10000 Memorial Dr., Suite 888 (77024)
P. O. Box 4340
Houston, TX  77210-4340
Telephone:  713-526-1100
Facsimile:  713-523-5939
Email:  andy@justiceseekers.com
Email:  fred@justiceseekers.com
*Counsel for Plaintiff*

Certificate of Service

I certify that on this 27th day of September, 2013, Plaintiff's Response to Defendant's Notice of Additional Authority has been electronically filed with the Clerk using the CM/ECF system, which will automatically send email notifications of such filing to the following attorneys of record:

    Michael P. Foradas, Esq.
    Douglas G. Smith, Esq.
    Renee D Smith, Esq.
    Andrew P. Bautista, Esq.
    Brenton Rogers, Esq.
    Nia Dukov, Esq.
    Traci L. Shafroth, Esq.
    Whitney Becker, Esq.
    KIRKLAND & ELLIS, LLP
    300 North LaSalle Street
    Chicago, IL  60654

    Dmitriy G. Tishyevich, Esq.
    KIRKLAND & ELLIS, LLP
    601 Lexington Avenue
    New York, NY  10022

-3-

Michael L. Brem, Esq.
Laura F. Jones, Esq.
SCHIRRMEISTER DIAZ-ARRASTIA BREM, LLP
700 Milam St., 10th Floor
Houston, TX  77002

                                        */s/ Arnold Anderson (Andy) Vickery*
                                        Arnold Anderson (Andy) Vickery